# Court of Appeals
# of the State of Georgia

ATLANTA, __August 27, 2012__

*The Court of Appeals hereby passes the following order:*

**A12D0481.  IN RE: ESTATE OF JOHN ASA ZACHERY, SR. DECEASED.**

John Asa Zachery, Jr. seeks discretionary review of the probate court's order denying his emergency petition to remove temporary administrator.  The order sought to be appealed is not a final appealable judgment within the meaning of OCGA § 5-6-34 (a), and the case remains pending below.  Zachery's failure to comply with the interlocutory appeal requirements deprives this Court of jurisdiction to consider this appeal.  OCGA § 5-6-34 (b).  *Pruett v. Commercial Bank of Georgia*, 211 Ga. App. 692, 694 (440 SE2d 85) (1994).  Therefore, this appeal is ordered DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __08/27/2012__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*